AO 106 (Rev. 04/10) Application for a Search Warrant    AUTHORIZED AND APPROVED/DATE: s/Brandon Hale 8-30-2023

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

In the Matter of the Search of )
) Case No. M-23- 767-AMG
TIMOTHY STEVEN BLAYLOCK JR. )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property (identify the person or describe the property to be searched and give its location):

See Attachment "A"

located in the ___Western___ District of ___Oklahoma___, there is now concealed (identify the person or describe the property to be seized):

See Attachment "B"

The basis for the search under Fed. R. Crim. P. 41(c) is (check one or more):
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Production of child pornography |

The application is based on these facts:
See attached Affidavit of FBI Special Agent James Wren, which is incorporated by reference herein.

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature
SA James Wren, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 8/31/23

City and state: Oklahoma City, Oklahoma

_____
Judge's signature
Amanda Maxfield Green, U.S. Magistrate Judge
Printed name and title

# THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, James Wren, being duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) assigned to the Oklahoma City, Woodward Resident Agency, and I have been an SA since 2019. I am a graduate of the FBI Academy in Quantico, Virginia. As part of my training to become a Special Agent, I received approximately 20 weeks of instruction at the FBI Academy. Since graduating from the Academy, I have conducted and participated in investigations of bank robberies, firearms-related offenses, Indian Country matters, violent crime, financial fraud, and crimes against children. I have participated in the execution of federal arrest and search warrants related to these investigations.

## OVERVIEW AND PURPOSE OF AFFIDAVIT

1.  This Affidavit is made in support of an application for a search warrant of Timothy Steven Blaylock, Jr., described in Attachment A hereto, to seize by way of photographing the items specified in Attachment B hereto, namely, photographs of Blaylock's pubic area, including penis; arms; and hands.

2.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

1

3. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that **Blaylock** used his penis and fingers to commit sexual acts on his twin 12-year-old twin nieces. The requested photographs will be used for comparison to child pornography images of those nieces already recovered as part of an ongoing federal investigation into production of child pornography in violation of 18 U.S.C., Section 2251(a). The requested photographs will be used for potential identification purposes specifically to identify the men in the images seen with the girls.

4. The photographs are to be taken and utilized in the manner further described in the following paragraphs and in Attachment B.

5. As set forth herein, there is probable cause to believe that the requested photographs will demonstrate evidence and instrumentalities of the violation of Title 18, Unites States Code, Section 2251(a) which states, in pertinent part, that it is a crime to knowingly "employ, use, persuade, induce, entice, and coerce any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce."

## PROBABLE CAUSE

6. On or about July 24, 2023, an FBI SA located in New Orleans, Louisiana, was operating in an undercover capacity as an Online Covert Employee (OCE), hereinafter referred to as OCE, while logged into Kik Messenger (Kik).

7. Kik is a freeware instant messaging mobile application owned by MediaLab.AI, available free of charge on iOS and Android operating systems.[1] It uses a smartphone's data plan

---

[1] The information in this section is based on opensource information published by the various media outlets regarding the functions and features of the Kik application, the following documents and webpages: "Digital Trends, What is

or Wi-Fi to transmit and receive messages, photos, videos, sketches, mobile webpages, and other content after users register a username.[2] Initially, Kik appears to be just like any other instant messaging service. A user signs up with an email address and password, negating the need for a phone number. The main functions of Kik are one-to-one chatting, sending messages, videos, pictures, gifs, group chatting, and anonymous chatting. Kik messenger also offers internal applications through its browser encouraging users to remain within the application itself.

8.  Kik is primarily known for its features preserving users' anonymity, such as allowing users to register without providing a telephone number; however, the Kik application logs user IP addresses, which the company can use to determine location. Lastly, based on my training and experience, I am aware that Kik is a prominent platform for child exploitation. It is commonly used to possess, receive, and distribute child pornography.

9.  OCE purported to be a 29-year-old mother of a 12-year-old female who resided in Louisiana. OCE's daughter is identified as Clara in the Kik chats. OCE entered a public Kik group named, "Taboo," soliciting those interested in, or involved in, "Tabufunn." Common taboos include but are not limited to, "family fun," "incest," "young," and "beast."

*Conversations with "Mooky"*

10. Thereafter, OCE 1 received an invitation to engage in private communication with Kik user with username "ZeratultheDark" (with display name "Zeratul Mooky"). OCE and Mooky's conversation included the following pertinent statements:

**Mooky**: Lol cool

---

Kik" available at https://www.digitaltrends.com/mobile/what-is-kik/, "Kik app download", available at https://play.google.com/store/apps/details?id=kik.android&hl=en_US, 'Make use of Kik", available at https://www.makeuseof.com/tag/what-is-kik/, "Chat and Flirt app", available at https://play.google.com/store/apps/details?id=dating.app.chat.flirt.wgbcv&hl=en_US

3

So what kind of perv stuff ya into?

**OCE:** Fam fun. You?

ASL? [Affiant's Note: "ASL" is commonly known shorthand for "age, sex, location"]

**Mooky:** Incest p, beast, yng etc. I don't do rape, puke pr scat

37 m Oklahoma

**OCE:** How're things in Ok?

**Mooky:** Fucking hot. 106 today

I didn't catch your asl

**OCE:** 29f new orleans

Dang that's insane. Been crazy hot here too

**Mooky:** Yea crazy is what we are all about lol

**OCE:** Lol btw the group is crazy hot

**Mooky:** Ya liking it?

**OCE:** Ya just caught up. Very nice

**Mooky:** Which group you in with me again? Lol

**OCE:** Lol

Tabuu

**Mooky:** So you into little girls too?

**OCE:** Ya, what about you?

**Mooky:** Definitely

Any experience with little girls?

Or little boys even

Im just curious is all

4

**OCE:** Just watching so far. You?

Interested in playing tho

**Mooky:** Ive been sexually active since I was 5 so yea

Lol

You shared anything in tabuu yet?

**OCE:** I was 14, you've got me beat

Just my asl lol

**Mooky:** Lol. Who was your 1st?

How old are you again?

**OCE:** 29

Older cousin

Who was yours?

**Mooky:** Older cousin too. She was 12 or13 at the time

**OCE:** My daughter is 12 lol

**Mooky:** Nice

You let her have older cock yet?

Got pics of her?

**OCE:** Not yet. Waiting for the right one

**Mooky:** Haha

I could be that 1for sure

She next to you right now?

……

**Mooky:** Ah

5

She into guys that you're aware of

**OCE:** we're house sitting together this week so I let her have a little time away from her mom lol

Starting to be

You have kids?

**Mooky:** Nieces. I have a 13 yo daughter I haven't seen since she turned 4 tho

Yall sleep in the same bed any?

**OCE:** That's too bad. How old are your nieces?

Sometimes she still stays in my bed ya

**Mooky:** Ever play with her when yall are in bed

The nieces of mine you will see are twins and 12. Their pics and videos are floating around[3]

**OCE:** Nice. So y'all play?

Sometimes

**Mooky:** We do

And how well does she eat pussy?

**OCE:** Havent taught her that yet. Guess she needs a teaching moment

The nieces good?

**Mooky:** Best blow jobs I ever had I get from them

She absolutely needs taught

And you can always send live stuff to me without worrying about it getting posted in groups if you prefer

**OCE:** That's hot af

---

[3] OCE understood this to mean that Mook distributed media of his nieces in the Taboo Kik public group

6

I don't think I've seen your stuff in the group. Only joined recently

**Mooky:** They learned by watching porn and then doing

I'll give it a day or 2 before I reshare their stuff

**OCE:** What porn? Sounds like a good teaching tool

**Mooky:** Pornhub porn

**OCE:** Lol

**Mooky:** They have very different blow job styles

**OCE:** Ya?

Clara hasn't done one before

**Mooky:** The bi1 is more enthusiastic and gives sloppy porn style bjs. The straight one deep throats and sucks

**OCE:** Ya that sounds different but great for you lol

You get to play a lot?

**Mooky:** They got more into it after they found out my now ex gf knew

**OCE:** Why was that

**Mooky:** Bc they knew for sure then it is okay. Even if we stil have to keep things quiet

**OCE:** Yeah that makes sense. Your gf play with them too? I've never shared Clara before

**Mooky:** She kept telling the bi twin no even after she busted me getting head from the straight 1

**OCE:** Lol must've been a surprise

**Mooky:** I was surprised she didn't say something sooner than she did

**OCE:** Maybe she was into it

Sounds hot

7

**Mooky:** She was very supportive

She broke up with me back in march though no clue why

**OCE:** Ugh that sucks. I'm sorry

I'm single and dating is awful lol

**Mooky:** Yea I want commitment but I need freedom to fuck others too

**OCE:** Right?? Shouldn't be that hard to find

**Mooky:** would you let me breed you both?

……

**Mooky:** So can I see pics of Clara?

**OCE:** [sends age-regressed photo of Agent posing as approximately 12-year-old female]

**Mooky:** Hot!

Lol you gonna tell her you found a daddy for her?

**OCE:** She's a pretty one for sure!

Lol idk…what should I say?

**Mooky:** Ask her is she ready to lose her virginity

Lol

**OCE:** Lol

What are you gonna tell her?

**Mooky:** Hmmm good questions

What should I tell her? You know her better than I do

**OCE:** Hmm I'll prolly just say you're my friend to start

**Mooky:** Sex friend or fuck buddy might work better lol

**OCE:** Lol maybe so!!

8

**Mooky:** Lol if ima do this I need some idea of where im headed to lol

**OCE:** Lol I'm in Hammond, Louisiana

**Mooky:** Nice

**OCE:** We're headed to the house at noon tomorrow

**Mooky:** Is it in Hammond? Bc I looked and it is right over 11 hours from here to there

**OCE:** Ya the house is in Hammond

**Mooky:** What is your plan after house sitting?

**OCE:** Idk…back to normal life I guess lol

Why?

**Mooky:** What's normal like for yall?

**OCE:** Just do the single mom dance. Try to do my best for Clara

**Mooky:** I don't want it to be a 1 off thing. I'm looking for a bi of commitment especially to a perv mom

……

**Mooky:** [sends live videos showing OCE that he shaved that morning and asking her opinion. The second asked whether OCE would exchange more live videos.]

**OCE:** Looks good! Cant video rn but I will in a bit! What has you feeling chatty!

**Mooky:** I slept well and woke up time ish for a change. Plus I wanna chat with your sexy self

[sends video of minor female approximately twelve years old. The female is alone in the room and proceeds to take her clothes off for the camera. She exposes her genitals to the camera.]

Could be clara soon

9

OCE: Lol she does look like she's around 12 like Clara!

……

OCE: Met up with a couple people I now around here

Mooky: Ahhh ok. I was curious is all lol

OCE: Lol just out n about

Mooky: No worries. Definitely more power to you

Im gonna be outside tinkering with the car

OCE: Good luck!!! Hope you ge it working!

Mooky: Got it started but it definitely needs a new battery

Soon as I turned the car off it would not restart

Also nieces will be here tomorrow so I am stuck sitting til like 7pm ish

OCE: Ah shit. I understand. What are you and the girls gonna do?

Mooky: Hopin to hit the lake for a swim, but idk really

OCE: Fun! Any plans to play??

Mooky: Hoping to get to. You wanna watch live with clara if we do?

OCE: Hmm keep me in the loop. Maybe

Mooky: I hope to see clara send me a live hello video with you. Im making a food run now. Back in a little bit sexy

OCE: Hope the food is tasty!

Mooky: Got some subway

OCE: Any good?

Mooky: It's a footlong spicy Italian on wheat with pepper jack cheese

Though probably not as yummy as you and clara taste

11. During the chat, Mooky sent selfies and videos to OCE. One of the selfies is included below:



The chat with "Mooky" began on Monday, July 24, 2023, and is ongoing at the time of this submission. Throughout the conversation, Mooky distributed several video files to OCE depicting Child Sexual Abuse Material (CSAM), in addition to the video describe above. The videos that Mooky distributed to the OCE were child pornography, that is, minor girls engaging in sexually explicit conduct as that term is defined in 18 U.S.C. § 2256(2)(A).

*Identifying and Locating "Mooky"*

12. During the conversation with the OCE, "Mooky" stated "So what's your name btw? I'm Tim."

13. FBI investigators submitted an emergency disclosure request to Kik and began searching for additional identifying information. During the chat with the OCE, Mooky sent the OCE "selfie" photos as well as videos. Mooky also told the OCE that his real name is Tim.

14. A social media search for "Zeratul Mooky" yielded the following Facebook account:

15. On Mooky's profile, there was an "about" information that included family members. JoAnn Wells Blaylock was listed as Mooky's mother. Investigators reviewed JoAnn's Facebook profile. Under her family members, Timothy Steven Blaylock was listed as a son.

16. Law enforcement authorities conducted a Facebook search for "Tim Blaylock" and located the following publicly available profile:



12



17. Investigators compared the posted profile photo with the selfies sent to the OCE. The photos appeared to match, and investigators conducted additional searches based on the identifier, "Tim Blaylock."

18. Investigators submitted an NCIC records request for Timothy Blaylock. The photo included with the return matched the photos identified above.



19. Motor vehicle records identified the residential address for Blaylock, 410 W. 6th Street, Elk City, Oklahoma.

20. FBI Agents conducted an open-source internet search for **Blaylock** and identified an obituary for Timothy Steven Blaylock, Sr.[4] The obituary named **Blaylock** as one of Senior's surviving children. The obituary also stated that Senior was survived by six grandchildren, including several whose names appear to be female.

21. On July 28, 2023, the OCE received messages from Blaylock saying he was actively sexually assaulting his minor niece, so law enforcement went to his residence at 410 W. 6th Street, Elk City, Oklahoma, and arrested him based on probable cause. Law enforcement found minor girls, including his twin nieces, inside the house. One of the nieces' underwear was in **Blaylock's** pocket. While still at **Blaylock's** residence, **Blaylock** informed me on a video recording that a Samsung cell phone, Samsung tablet, and Asus laptop that were located on the living room couch, belonged to him, **Blaylock**. **Blaylock** gave me the passwords and consent to search the electronic devices. **Blaylock** informed me that he mainly used the Samsung tablet and that his Kik group and chats were still open on the Samsung tablet. I placed all three devices into airplane mode and seized the devices as evidence. On August 1, 2023, two of **Blaylock's** nieces, who are approximately 12 years old, were forensically interviewed. They both reported that **Blaylock** had been sexually molesting them since they were approximately 10 years old and that he also photographed the abuse and distributed it.

22. I have reviewed the videos that **Blaylock** sent to the OCE and in several of those videos **Blaylock's** minor twin nieces can be seen. In videos 8, 9, and 10 of 79, it appears that one of the minors is sucking **Blaylock's** penis. In video 11 of 79, it appears that same minor is being

---

[4] https://www.tributearchive.com/obituaries/25840781/ts-blaylock

ejaculated on by **Blaylock** inside of his bedroom. In video 12 of 79, **Blaylock's** arm can be seen and he is continuously penetrating his niece's vagina on his couch. In video 14 of 79, **Blaylock** continues rubbing niece's vagina and penetrating it with his finger. On cell phones belonging to **Blaylock** that were taken from him at his residence and searched pursuant to search warrant, numerous photographs and videos depict an apparent man's arms, hands, and a penis in or around one or the other of the aforementioned twin minor nieces during sexual abuse. The face of the niece can often be seen but the face of the man cannot. In certain of these images, the man's penis is not fully erect and appears to be uncircumcised. Also, one of the arms of a man molesting one of the twin nieces appears to have a tattoo or birthmark on his left inner forearm.

23. Here are some additional factors justifying the requested photographing. During a forensic interview, one of the nieces said she knew the password to Blaylock's Samsung phone, which has been identified as having contained child pornography depicting the nieces. It is unknown if others knew **Blaylock's** password. When **Blaylock** was arrested, a 54-year-old male relative, E.F., was also in the home and temporarily detained. He is a relative of both **Blaylock** and the nieces. If the requested photographs directly link **Blaylock** to the produced child pornography, that could rule out E.F. as a suspect. Furthermore, the anticipated linking could obviate the need for the nieces, who have already been traumatized, to testify at a trial: A parent could identify them and state their age from the videos, and the photographic link (and other evidence) could identify **Blaylock** as the producer. Thus, I deem the requested photographing to be a necessary and appropriate step in my investigation.

## Proposed Procedure for Execution of the Search Warrant

23. **Blaylock** is currently being held at the Grady County jail in Grady County, Oklahoma. At the issuance by the Court of the proposed warrant, various photographs

will be taken of **Blaylock's** unclothed (i) arms, front and back, (ii) hands, front and back, and (iii) pubic area, including penis, from multiple angles. Investigators will then compare the photographs to images **Blaylock** sent to the OCE and images that were found on his cell phones for purposes of identifying **Blaylock** as the image-maker and producer of the aforementioned child pornography.

24. Because an accurate and meaningful comparison involves unclothed portions of **Blaylock's** body, including and especially his penis and pubic area, the above will require **Blaylock** to disrobe. I propose to inform **Blaylock** of the signed search warrant, and then allow **Blaylock** to disrobe on his own in the presence of investigators and otherwise make his person available to be photographed, as described in Attachment A. Due to the nature of the photographs, this may ask **Blaylock** to position his arms, hands, and penis in specific ways to allow photographs to be captured from the necessary angles.

## CONCLUSION

25. Based upon the information above, probable cause exists to conclude that Timothy **Steven Blaylock, Jr.** engaged in the aforementioned violation and has violated 18 U.S.C., Section 2251(a), in that he used a child to engage in sexually explicit conduct for the purpose of producing images of that conduct, and that those images were taken with and/or stored on electronic devices that **Blaylock** then used to send those images to the OCE. Additionally, there is probable cause to believe that evidence related to the violation of 18 U.S.C., Section 2251(a), i.e. identifiers or visible characteristics related to the adult male seen in the videos molesting the minors, is located on the

person of **Blaylock**, and that this evidence constitutes instrumentalities or evidence of a crime or things otherwise used as the means of committing the foregoing offense.

I hereby swear that the information contained in this affidavit is true and correct to the best of my knowledge.

Respectfully submitted,

*(signature)*
Special Agent James Wren
Federal Bureau of Investigation

Signed and sworn before me this 31st day of August 2023.

*(signature)*
AMANDA MAXFIELD GREEN
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

Place to be searched:

The person of Timothy Steven Blaylock Jr., date of birth 4/3/1986, located in Grady County jail in Grady County, Oklahoma.

## ATTACHMENT B

Items to be seized

-photographs of Timothy Steven Blaylock Jr.'s arms, front and back;
-photographs of Timothy Steven Blaylock Jr.'s hands, front and back; and
-photographs of Timothy Steven Blaylock Jr.'s pubic area, including penis, from different angles

PROCEDURE FOR OBTAINING THE PHOTOGRAPHS:

No more than two male FBI Agents, along with any Grady County jail male personnel at the discretion of the Grady County Sheriff's Office will be present in the room, along with an optional male FBI evidence photographer, when Timothy Steven Blaylock Jr. is asked to disrobe and is photographed inside of the Grady County jail.

The photographs will be taken in a reasonably private location, at the direction and discretion of the Grady County Sheriff's Office, taking into account due privacy, security, safety, and operational concerns.

Blaylock will be permitted to disrobe and position parts of his body as necessary to obtain the photographs described below.